IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Sworn in on September 30, 2004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. :** |
| v. | : | **GRAND JURY ORIGINAL** |
| **CARLOS MEDINA GUYEIMA,** | : | **VIOLATIONS:** |
| aka Lemus Carlos Vargas, | : | |
| aka Carlos Vargas Lemus, | : | **18 U.S.C. § 922(g)(5)(A)** |
| aka Carlos Vargas Villalva, | : | **(Possession of a Firearm by an Illegal Alien)** |
| Defendant. | : | **8 U.S.C. § 1326(a)** |
| | : | **(Unlawful Reentry of a Removed Alien)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about December 5, 2005, within the District of Columbia, defendant **CARLOS MEDINA GUYEIMA,** aka Lemus Carlos Vargas, aka Carlos Vargas Lemus, aka Carlos Vargas Villalva, an alien and citizen of Mexico, did knowingly possess a firearm in and affecting commerce and receive a firearm which had been shipped and transported in interstate and foreign commerce, while **CARLOS MEDINA GUYEIMA,** aka Lemus Carlos Vargas, aka Carlos Vargas Lemus, aka Carlos Vargas Villalva**,** was illegally and unlawfully present in the United States.

(**Unlawful Possession of a Firearm by an Illegal Alien**, in violation
of Title 18, United States Code, Section 922(g)(5)(A)).

## COUNT TWO

On or about December 5, 2005, within the District of Columbia, defendant **CARLOS MEDINA GUYEIMA,** aka Lemus Carlos Vargas, aka Carlos Vargas Lemus, aka Carlos Vargas Villalva, an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, United States Code, Section 1326(a)).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia