# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-036 | MAGIS. NO: |
| V.<br>CARLOS MEDINA GUYEIMA | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Carlos Medina Guyeima<br><br>FILED<br>FEB 2 3 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| DOB:   PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

POSSESSION OF A FIREARM BY AN ILLEGAL ALIEN;

UNLAWFUL REENTRY OF A REMOVAL ALIEN

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

18:922(g)(5)(A); and 8:1326(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>2/9/06 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>2/9/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2-9-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 2-23-06 | SEAN McLEOD SDUSM | |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |