## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: 06-036 (RMC) |
| v. | |
| CARLOS MEDINA GUYEIMA | Status Hearing: Mar. 17, 2006 – 11:00 a.m. |

### NOTICE OF APPEARANCE

To the Clerk of the Court, please enter the appearance of Manuel J. Retureta, Esq. as counsel of record, appointed under the Criminal Justice Act, in the above captioned case on behalf of the defendant.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 Fax

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this pleading was served on all parties via ECF filing on 1st day of March 2006.

_____/s/_____
Manuel J. Retureta, Esq.