UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: 06-036 (RMC) |
| v. | |
| CARLOS MEDINA GUYEIMA | Status Hearing: May 5, 2:30 p.m. |

### *CONSENT* MOTION TO CONTINUE STATUS HEARING

**COMES NOW DEFENDANT, Carlos Medina Guyeima,** through undersigned counsel, and respectfully asks this Court to continue the scheduled status hearing. In support of this motion, counsel states:

1. Undersigned counsel files this motion in anticipation of a change in representation for the defendant. The defendant previously informed undersigned counsel of arrangements to retain another attorney. On Tuesday, May 2, 2006, undersigned counsel received a message that new counsel was secured. On Wednesday, May 3, 2006, undersigned counsel spoke with Dominic Vorv, the newly retained counsel for the defendant, and prepared the transfer of the client file to Mr. Vorv. At the time of this filing, undersigned counsel is awaiting the filing of the notice of appearance by Mr. Vorv on behalf of the defendant. Undersigned counsel informed Assistant U.S. Attorney Frederick Yette and the Court's courtroom clerk, Chashawn White of the impending change in counsel.

2. Prior to the noted change in representation, undersigned counsel had inquired of Ms. White whether the Court's schedule could accommodate a continuance of the status date to the following Friday, May 12th in the afternoon. The date was agreeable with government counsel since both government and defense would be present for the motion

hearing in *U.S. v. Contreras-Macedas,* 05-246. Defense counsel made the request in light of efforts by Judge Deborah K. Chasanow, of the U.S. District Court in Greenbelt, Maryland, to assemble a status hearing in a large multi-defendant, 20+ attorney, death-penalty criminal case. Judge Chasanow set the matter for Friday, May 5th at 3:00 p.m. and asked counsel to make their best efforts to modify schedules. In light of the "status" nature of the defendant's court appearance, and the potential to move the matter one week back, undersigned counsel made the inquiry to continue the matter.

3. Since, at the time of this filing, undersigned counsel has not been formally replaced as counsel of record, counsel feels it necessary to inform the Court of the case status and formally request a change in the hearing date. This request is made with the government consent, in anticipation of new counsel entering the case, and in light of undersigned counsel's efforts to also accommodate Judge Chasanow.

**WHEREFORE,** it is respectfully requested that this Court continue the scheduled status hearing.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this pleading was served on all parties via ECF filing on this 4th day of May 2006.

/s/
Manuel J. Retureta, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. Case No.: 06-036 (RMC)** |
| **CARLOS MEDINA GUYEIMA** | |

### ORDER

Upon consideration of defendant's consent motion to reschedule the status hearing in the above captioned matter, this Court **GRANTS** the motion.

**It is ORDERED**, that a new status hearing date is set for the _____ day of May 2006, at ___:___ am/pm.

**So ordered this _____ day of May 2006.**

                                                                                    _____
                                                                                    **Rosemary M. Collyer**
                                                                                    **United States District Court Judge**

Copies To:

All Parties Via ECF.