IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 06-36 (RWR) |
| v. | : |
| CARLOS GUYEIMA, | : |
| Defendant. | : |

**FILED**

**JUN 14 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about December 5, 2005, CARLOS GUYEIMA (the "defendant"), was in possession of a firearm while present in the United States in violation of federal law.

The defendant is an illegal alien from Mexico. On December 5, 2005, at about 12:20 p.m., the defendant was standing in front of the Popeye's Chicken restaurant in the 1700 block of Columbia Road, NW, Washington, D.C., with a handgun in his possession. The defendant was wearing a light blue jacket with a yellow and green hood that was sticking out from underneath the jacket.

After receiving a report that a man who was wearing a yellow and green hat was near the Popeye's with a gun, Metropolitan Police Department officers arrived in the area. The defendant

noticed the officers and began running from the area. As the police chased him, the defendant paused to put the gun underneath a parked car and then continued running, but he was captured and arrested in the 1700 block of Lanier Place, NW, Washington, DC.

The gun the defendant discarded underneath the car was recovered and determined to be a .38 caliber Rossi revolver, which was not manufactured in the District of Columbia. The revolver was loaded with 5 live rounds of ammunition. The defendant's left thumb print was recovered from the cylinder of the revolver. Since he is a citizen of Mexico and present in the United States illegally, the defendant possessed the revolver in violation of federal law.

An investigation by U.S. Immigration and Customs Enforcement revealed that the defendant has previously been deported from the U.S., once in 2003 and once in 1990. The original order of deportation was entered by an immigration judge on May 15, 1990, and the defendant was deported on May 17, 1990, under the name Carlos Vargas Lemus.

On September 2, 2003, the defendant was arrested, under the name Lemus Carlos Vargas, with 13 other illegal immigrants after they crossed the border between Mexico and the U.S., near Naco, Arizona. The original order of deportation was reinstated and the defendant was deported on September 3, 2003. Prior to being deported, the defendant received notice that he could not reenter the U.S. for a period of 20 years, and that he must obtain the Attorney General's permission to before

reentering this country. Since the defendant was present in the U.S. on December 5, 2005, without having received prior approval, he has violated federal law.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. #451058

By: _____
FREDERICK W. YETTE
Assistant United States Attorney
D.C. Bar No. #385391
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

### Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_6/14/06_____          _____
Date                                Carlos Guyeima

**Defense Counsel's Acknowledgment**

    I am Carlos Guyeima's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_6/14/06_                  _[signature]_
Date                                 Dominic Vorv, Esq.